UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                     Plaintiff,

v.

DERRICK AVERY,

                     Defendant.

Case No.    97-CR-766 (CNC)

---

## MOTION TO SEAL

---

The United States of America, by its attorneys, hereby moves the Court to seal the government's motion filed in the above-titled matter on September 14, 2009. As a basis for said motion, the government relies upon the facts set forth in the government's motion filed in the above-titled matter on September 14, 2009.

A proposed order accompanies this motion.

Dated at Milwaukee, Wisconsin this 14th day of September 2009.

                     Respectfully submitted,

                     MICHELLE L. JACOBS
                     United States Attorney

By:    s/ DANIEL H. SANDERS

          DANIEL H. SANDERS
          OH Bar Number 52077
          Assistant United States Attorney
          United States Courthouse
          517 E. Wisconsin Ave., No. 530
          Milwaukee, WI  53202
          (414) 297-1700
          (414) 297-1738 (Fax)
          E-mail: daniel.sanders@usdoj.gov