UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                                                Case No.        97-CR-76 (RTR)
                              Plaintiff,

        v.

DERRICK AVERY,

                              Defendant.

## MOTION TO SEAL

        The United States of America, by its attorneys, hereby moves the Court to seal the

government's motion filed in the above-titled matter on September 14, 2009.  As a basis for said

motion, the government relies upon the facts set forth in the government's motion filed in the above-

titled matter on September 14, 2009.

        A proposed order accompanies this motion.

        Dated at Milwaukee, Wisconsin this 14th day of September 2009.

                                        Respectfully submitted,

                                        MICHELLE L. JACOBS
                                        United States Attorney

                              By:     s/ DANIEL H. SANDERS

                                        DANIEL H. SANDERS
                                        OH Bar Number 52077
                                        Assistant United States Attorney
                                        United States Courthouse
                                        517 E. Wisconsin Ave., No. 530
                                        Milwaukee, WI   53202
                                        (414)   297-1700
                                        (414) 297-1738 (Fax)
                                        E-mail: daniel.sanders@usdoj.gov