UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

Case No. 97-CR-76 (RTR)

v.

DERRICK AVERY,

                Defendant.

## SEALING ORDER

Upon consideration of the government's motion filed in the above-titled matter on September 14, 2009, the Court finds that the government's request is appropriate and, therefore, **ORDERS** that the government's motion be sealed in the interests of justice, or until further order of the court.

Dated at Milwaukee, Wisconsin this ____ day of September 2009.

                                          HONORABLE RUDOLH T. RANDA
                                          United States District Judge