

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*       *414 / 297-1700*

*Milwaukee, WI 53202*

September 16, 2009

Honorable Rudolph T. Randa
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 310
Milwaukee, WI 53202

    Re:    *United States v. Derrick Avery*
             Case No. 97-CR-76 (RTR)

Your Honor:

    On September 14, 2009, the government submitted a motion in the above-titled matter regarding several docket entries in the above-titled matter. The motion inadvertently omitted Docket #66, a document with a sealed attachment. As such, for reasons explained in the September 14 motion, please include Docket #66 in the government's request.

                              Respectfully submitted,

                              MICHELLE L. JACOBS
                              United States Attorney

            By:    s/ *DANIEL H. SANDERS*

                              DANIEL H. SANDERS
                              OH Bar Number 52077
                              Assistant United States Attorney
                              United States Courthouse
                              517 E. Wisconsin Ave., No. 530
                              Milwaukee, WI  53202
                              (414)   297-1700
                              (414) 297-1738 (Fax)
                              E-mail: daniel.sanders@usdoj.gov